# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Karen Morrissey | : CHAPTER 13 |
|     Debtor | : |
| | : |
| PNC Bank, National Association | : |
|     Movant | : BANKRUPTCY NO.: 14-11586-SR |
| | : |
|     v. | : |
| Karen Morrissey | : |
|     Debtor | : |
| | : |
| Frederick L. Reigle, Trustee | : |
| | : |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5.    Admitted.

6-11.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: July 10, 2017        Respectfully submitted,

                                              /S/ Erik B. Jensen
                                              Erik B. Jensen, Esq.
                                              Attorney for Debtor