UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

KAREN MORRISSEY
                                          : Bankruptcy No. 14-11586SR
          Debtor(s)                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 26, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

KAREN MORRISSEY
7349 CENTRAL AVE
PHILADELPHIA,PA.19111