United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-11586-sr
Karen Morrissey                                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jul 26, 2017
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
```
db         +Karen Morrissey,    7349 Central Avenue,    Philadelphia, PA 19111-3024
cr         +American Honda Finance Corporation d/b/a Honda Fin,   3625 W. Royal Lane,   #200,
             Irving, TX 75063-2912
13258912   +American Express,    PO Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
13298848    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13258914   +Capital  One Na,    Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13382534   +Erik B. Jensen, PC,    1528 Walnut St., Suite 1401,    Philadelphia, PA 19102-3610
13258917   +National City Bank,    1900 E. 9th St.,   Cleveland, OH 44114-3484
13265999   +PNC BANK,    P O BOX 94982,   CLEVELAND OHIO 44101-4982
13281474   +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,   215 Fourth Avenue,
             Pittsburgh, PA 15222-1707
13258918   +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
13258919   +Vitti & Vitti & Associates,    215 Fourth Avenue,   Pittsburgh, PA 15222-1707
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:03     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:33:27
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2017 01:33:57     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13258913    E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 27 2017 01:33:50     American Honda Finance,
             PO Box 168088,   Irving, TX 75016
13266660    E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 27 2017 01:33:50
             American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088,   866-716-6441
13258915    E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:03     City of Philadelphia Law Department Tax,   One parkway Building,
             1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
13258916   +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2017 01:39:28     Credit One Bank,
             PO Box 98873,   Las Vegas, NV 89193-8873
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
```
          ERIK B. JENSEN    on behalf of Debtor Karen  Morrissey john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          ERIK B. JENSEN    on behalf of Plaintiff Karen  Morrissey john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          LOUIS P. VITTI    on behalf of Creditor   PNC Bank, National Association jennifer@vittilaw.com,
           tiffany@vittilaw.com
          Lois M. Vitti    on behalf of Creditor   PNC Bank, National Association loismvitti@vittilaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jul 26, 2017
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KAREN MORRISSEY
                                                 : Bankruptcy No. 14-11586SR
        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

**Date: July 26, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

KAREN MORRISSEY
7349 CENTRAL AVE
PHILADELPHIA,PA.19111